UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATE OF AMERICA

- against -

GERMAN AISPURO MEDINA,

                Defendant.

**ORDER**

18 Cr. 770 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Government will respond to Defendant Medina's motion for a sentence reduction pursuant to Amendment 821 to the United States Sentencing Guidelines (Dkt. No. 47) by **October 23, 2024**.

Dated: New York, New York
       October 9, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge